JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONAIR CORPORATION, a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-05172 R (FFMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Upon consideration of the Stipulation for Dismissal With Prejudice filed by the parties in this action, and for good cause shown:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: February 7, 2018

_____
Hon. Manuel L. Real